UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.

★ FEB 26 2019 ★

BROOKLYN OFFICE

---

DONALD NIXON, *on behalf of himself and all others similarly situated,*

Plaintiff,

-against-

HEARST COMMUNICATIONS, INC.,

Defendant.

---

Civil Action No.
18-cv-6771 (KAM) (JO)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DONALD NIXON, Defendant HEARST COMMUNICATIONS, INC., and the undersigned attorneys for Plaintiff and Defendant, that Plaintiff's Complaint and all claims therein against Defendant be and hereby are voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party hereto agrees that dismissal is without costs or fees to either party.

For the Defendant:

By: _____
Jonathan R. Donnellan
Hearst Corporation
Office of General Counsel
300 West 57th Street, 40th Floor
New York, NY 10019
Phone: 212-649-2020
Fax: 212-649-2035
Email: jdonnellan@hearst.com

Date: 2/14/19

For the Plaintiff:

By: _____
Jonathan Shalom
Shalom Law, PLLC
124-04 Metropolitan Avenue
Kew Gardens, NY 11374
Phone: 516-807-1748
Email: jshalom@jonathanshalomlaw.com

Date: 2/21/2019

SO ORDERED

/s/ USDJ KIYO A. MATSUMOTO
U.S.D.J.